# ALABAMA COURT OF CRIMINAL APPEALS



September 20, 2024

**CR-2023-0349**
City of Huntsville v. Dillon Barrett (Appeal from Madison Circuit Court: CC-22-3440)

## <u>NOTICE</u>

You are hereby notified that on September 20, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk